Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−20204−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zelmir Ines Piao Costa
   aka Zelmir I. Callegari
   428 South 9th Street
   Newark, NJ 07103

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         7/12/18
Time:        09:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 13, 2018
JAN: smz

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Zelmir Ines Piao Costa
    Debtor

Case No. 18-20204-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 13, 2018
                     Form ID: 132    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.

```
db            +Zelmir Ines Piao Costa,    428 South 9th Street,    Newark, NJ 07103-2042
517542185     +Alllied Interstate,    P.O. Box 361535,    Columbus, OH 43236-1535
517542186     +Apothaker & Assoc., P.C.,    520 Fellowship Road,    Mount Laurel, NJ 08054-3410
517542187      Arrow Financial Services,    5966 W. Touhy Ave.,    Niles, IL  60714
517542188     +Assets Recovery Center Investments, LLC,    P.O. Box 864446,    Orlando, FL 32886-4446
517542191     +CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
517542190      Capital One Bank,    PO Box 21887,    Eagan, MN  55121-0887
517542192     +Clear Spring Loan Services,    18451 Dallas Pkwy Ste 100,    Dallas, TX 75287-5209
517542194     +ER Solutions,    P.O. Box 9004,    Renton, WA 98057-9004
517542196     +HSBC Bank,    P.O. Box 98706,    Las Vegas, NV 89193-8706
517542197     +KCA Financial Services,    P.O. Box 53,    Geneva, IL 60134-0053
517542199     +Midland Funding LLC,    7 Entin Road C/O Pressler & Pressler,    Parsippany, NJ 07054-5020
517542200      Newark Dept. Of Finance,    920 Broad St Ste 104,    Newark, NJ 07102-2609
517542201     +P. Scott Lowery, P.C.,    4500 Cherry Creek Drive South, Suite 700,    Denver, CO 80246-1534
517542203      RJM Acquisitions, LLC,    P.O. Box 18006,    Hauppauge, NY  11788
517542202      Revenue Recovery Corp.,    612 Gay Street,    Knoxville, TN 37902-1603
517542204      Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA  92619-2708
517542205     +Saint James Hospital,    P.O. Box 15092,    Newark, NJ 07192-5092
517542206     +Solomon & Solomon,    P.O. Box 15019,    Albany, NY 12212-5019
517542207     +Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2018 23:08:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2018 23:08:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
517542189     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 23:14:14      CACH, LLC,
                 370 17th Street, Suite 5000,    Denver, CO 80202-5616
517542193     +E-mail/Text: bankruptcynotices@dcicollect.com Jun 13 2018 23:09:13      Diversified Consultants,
                 P.O. Box 551268,    Jacksonville, FL 32255-1268
517542195     +E-mail/Text: fggbanko@fgny.com Jun 13 2018 23:07:46      Foster Garbus & Garbus,    7 Banta Place,
                 Hackensack, NJ 07601-5604
517542198     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 23:13:08      LVNV Funding,
                 P.O. Box 10497,    Greenville, SC 29603-0497
517566626     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2018 23:14:17      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517542209     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 13 2018 23:07:39
                 Verizon,    P.O. Box 4830,    Trenton, NJ 08650-4830
                                                                                               TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517542208    ##+Tate & Kirlin Assoc.,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Jun 13, 2018
                               Form ID: 132             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:

          Emmanuel J. Argentieri    on behalf of Creditor    GreenPoint Mortgage Funding, Inc. bk@rgalegal.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Steven D. Pertuz    on behalf of Debtor Zelmir Ines Piao Costa pertuzlaw@verizon.net, G16461@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4