| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**The Law Offices of Steven D. Pertuz, LLC**<br>**111 Northfield Avenue, Suite 304**<br>**West Orange, NJ 07052**<br>**Tel: (973) 669-8600**<br>**Fax: (973) 669-8700**<br>**pertuzlaw@verizon.net**<br>**SDP 5632**<br>**Attorney for Debtor, Zelmir Ines Pia Costa** | Order Filed on June 20, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ZELMIR INES PIA COSTA**<br><br>**Debtor.** | Case No**.: 18-20204**<br><br>Hearing Date:  TBD<br><br>Judge:  John K. Sherwood, U.S.B.J. |

### ORDER CONTINUING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**Debtor: ZELMIR INES PIA COSTA**
**Case No.: 18-20204 (JKS)**
**Caption of Order: ORDER CONTINUING AUTOMATIC STAY**

Upon the Motion of Steven D. Pertuz, Esq., on behalf of the debtor, Zelmir Ines Pia Costa (hereinafter collectively "Movant"), under Bankruptcy Code section 362(c)(3)(B) to continue the automatic stay as hereinafter set forth, and the Court having considered the papers submitted in support of and in opposition to the Motion; and for good cause shown,

ORDERED as follows:

1. The automatic stay as to all creditors of the debtor be and is hereby continued for the duration of the within proceeding or until such time as the stay is terminated by order of this Court.

2. The Movant shall serve this Order on the Chapter 13 Trustee and other party who entered an appearance on the motion.