UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**The Law Offices of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**pertuzlaw@verizon.net**
**SDP 5632**
**Attorney for Debtor, Zelmir Ines Pia Costa**

Order Filed on June 20, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**ZELMIR INES PIA COSTA**

        **Debtor.**

Case No.: 18-20204

Hearing Date: TBD

Judge: John K. Sherwood, U.S.B.J.

## ORDER CONTINUING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**Debtor: ZELMIR INES PIA COSTA**
Case No.: 18-20204 (JKS)
**Caption of Order: ORDER CONTINUING AUTOMATIC STAY**

     Upon the Motion of Steven D. Pertuz, Esq., on behalf of the debtor, Zelmir Ines Pia Costa (hereinafter collectively "Movant"), under Bankruptcy Code section 362(c)(3)(B) to continue the automatic stay as hereinafter set forth, and the Court having considered the papers submitted in support of and in opposition to the Motion; and for good cause shown,

     ORDERED as follows:

     1.     The automatic stay as to all creditors of the debtor be and is hereby continued for the duration of the within proceeding or until such time as the stay is terminated by order of this Court.

     2.     The Movant shall serve this Order on the Chapter 13 Trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Zelmir Ines Piao Costa  
    Debtor

Case No. 18-20204-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 20, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db         +Zelmir Ines Piao Costa,   428 South 9th Street,   Newark, NJ 07103-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:  
          Emmanuel J. Argentieri    on behalf of Creditor    GreenPoint Mortgage Funding, Inc. bk@rgalegal.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    Palm Avenue Hialeah Trust, a Delaware Statutory Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1 rsolarz@kmllawgroup.com  
          Steven D. Pertuz    on behalf of Debtor Zelmir Ines Piao Costa pertuzlaw@verizon.net, G16461@notify.cincompass.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 5