Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20204−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Zelmir Ines Piao Costa
 aka Zelmir I. Callegari
 428 South 9th Street
 Newark, NJ 07103

Social Security No.:
 xxx−xx−9888

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/12/2018 and a confirmation hearing on such Plan has been scheduled for 7/12/2018.

The debtor filed a Modified Plan on 2/1/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/14/2019; 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 1, 2019
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20204-JKS
Zelmir Ines Piao Costa                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Feb 01, 2019
                              Form ID: 186             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
```
db          +Zelmir Ines Piao Costa,    428 South 9th Street,    Newark, NJ 07103-2042
cr          +City of Newark,   c/o Law Department,    920 Broad Street, Room 316,    Newark, NJ   07102,
              US 07102-2609
517542185   +Alllied Interstate,    P.O. Box 361535,    Columbus, OH 43236-1535
517542186   +Apothaker & Assoc., P.C.,    520 Fellowship Road,    Mount Laurel, NJ 08054-3410
517542187    Arrow Financial Services,    5966 W. Touhy Ave.,    Niles, IL   60714
517542188   +Assets Recovery Center Investments, LLC,    P.O. Box 864446,    Orlando, FL 32886-4446
517542191   +CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
517542190    Capital One Bank,    PO Box 21887,    Eagan, MN   55121-0887
517682053   +City of Newark,    Department of Water & Sewer Utilities,     c/o Law Department,
              920 Broad Street, Room 316,    Newark, NJ 07102-2609
517542192   +Clear Spring Loan Services,     18451 Dallas Pkwy Ste 100,    Dallas, TX 75287-5209
517542194   +ER Solutions,    P.O. Box 9004,    Renton, WA 98057-9004
517664897   +Greenpoint Mortgage Funding, Inc.,     c/o Rushmore Loan Management Services,    PO Box 52708,
              Irvine, CA 92619-2708
517542196   +HSBC Bank,    P.O. Box 98706,   Las Vegas, NV 89193-8706
517542197   +KCA Financial Services,    P.O. Box 53,    Geneva, IL 60134-0053
517542199   +Midland Funding LLC,    7 Entin Road C/O Pressler & Pressler,    Parsippany, NJ 07054-5020
517542200    Newark Dept. Of Finance,    920 Broad St Ste 104,    Newark, NJ   07102-2609
517542201   +P. Scott Lowery, P.C.,    4500 Cherry Creek Drive South, Suite 700,    Denver, CO 80246-1534
517670765    Palm Avenue Hialeah Trust, a Delaware Statutory Tr,     Sortis Financial, Inc.,
              18415 North Dallas Parkway, Suite 100,    Dallas, TX 75287
517542203    RJM Acquisitions, LLC,    P.O. Box 18006,    Hauppauge, NY   11788
517542202   +Revenue Recovery Corp.,    612 Gay Street,    Knoxville, TN 37902-1603
517542204    Rushmore Loan Management Services,     PO Box 52708,    Irvine, CA   92619-2708
517542205   +Saint James Hospital,    P.O. Box 15092,    Newark, NJ 07192-5092
517542206   +Solomon & Solomon,    P.O. Box 15019,    Albany, NY 12212-5019
517542207   +Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:41      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:36      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517542189   +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 02 2019 02:09:21      CACH, LLC,
              370 17th Street, Suite 5000,    Denver, CO 80202-5616
517542193   +E-mail/Text: bankruptcynotices@dcicollect.com Feb 02 2019 02:06:42      Diversified Consultants,
              P.O. Box 551268,    Jacksonville, FL 32255-1268
517542195   +E-mail/Text: fggbanko@fgny.com Feb 02 2019 02:04:39      Foster Garbus & Garbus,    7 Banta Place,
              Hackensack, NJ 07601-5604
517542198   +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 02 2019 02:09:22      LVNV Funding,
              P.O. Box 10497,    Greenville, SC 29603-0497
517774639    E-mail/Text: bkdepartment@rtresolutions.com Feb 02 2019 02:06:00
              Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029
517774640    E-mail/Text: bkdepartment@rtresolutions.com Feb 02 2019 02:06:00
              Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
              1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
517566626   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2019 02:10:16      T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517542209   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 02 2019 02:04:26
              Verizon,    P.O. Box 4830,   Trenton, NJ 08650-4830
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517542208   ##+Tate & Kirlin Assoc.,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 01, 2019
                              Form ID: 186             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   Palm Avenue Hialeah Trust, a Delaware Statutory Trust,
           for and on behalf and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor   GreenPoint Mortgage Funding, Inc. bk@rgalegal.com
          Guenther  Waldow, Jr.    on behalf of Creditor   City of Newark waldowg@ci.newark.nj.us
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Palm Avenue Hialeah Trust, a Delaware Statutory
           Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1
           rsolarz@kmllawgroup.com
          Steven D. Pertuz    on behalf of Debtor Zelmir Ines Piao Costa pertuzlaw@verizon.net,
           G16461@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```