Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−20204−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zelmir Ines Piao Costa
   aka Zelmir I. Callegari
   190 Market St, 3rd Floor
   Newark, NJ 07102

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/29/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 29, 2019
JAN: zlh

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-20204-JKS
Zelmir Ines Piao Costa                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2                 Date Rcvd: Jul 29, 2019
                              Form ID: 148               Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db             +Zelmir Ines Piao Costa,   190 Market St, 3rd Floor,   Newark, NJ 07102-3708
cr             +City of Newark,   c/o Law Department,   920 Broad Street, Room 316,   Newark, NJ  07102,
                 US 07102-2609
517542185      +Alllied Interstate,   P.O. Box 361535,   Columbus, OH 43236-1535
517542186      +Apothaker & Assoc., P.C.,   520 Fellowship Road,   Mount Laurel, NJ 08054-3410
517542187       Arrow Financial Services,   5966 W. Touhy Ave.,   Niles, IL  60714
517542188      +Assets Recovery Center Investments, LLC,   P.O. Box 864446,   Orlando, FL 32886-4446
517542190       Capital One Bank,   PO Box 21887,   Eagan, MN  55121-0887
517682053      +City of Newark,   Department of Water & Sewer Utilities,   c/o Law Department,
                 920 Broad Street, Room 316,   Newark, NJ 07102-2609
517542192     #+Clear Spring Loan Services,   18451 Dallas Pkwy Ste 100,   Dallas, TX 75287-5209
517664897      +Greenpoint Mortgage Funding, Inc.,   c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708
517542197      +KCA Financial Services,   P.O. Box 53,   Geneva, IL 60134-0053
517542199      +Midland Funding LLC,   7 Entin Road C/O Pressler & Pressler,   Parsippany, NJ 07054-5020
517542200       Newark Dept. Of Finance,   920 Broad St Ste 104,   Newark, NJ  07102-2609
517542201      +P. Scott Lowery, P.C.,   4500 Cherry Creek Drive South, Suite 700,   Denver, CO 80246-1534
518294813       Palm Avenue Hialeah Trust,,   a Delaware Statutory Trust,,   c/o BSI Financial Services,
                 P.O. Box 679002,   Dallas Texas 75267-9002
518294814       Palm Avenue Hialeah Trust,,   a Delaware Statutory Trust,,   c/o BSI Financial Services,
                 P.O. Box 679002,   Dallas Texas 75267-9002,   Palm Avenue Hialeah Trust,
517670765       Palm Avenue Hialeah Trust, a Delaware Statutory Tr,   Sortis Financial, Inc.,
                 18415 North Dallas Parkway, Suite 1000,   Dallas, TX 75287
517542203       RJM Acquisitions, LLC,   P.O. Box 18006,   Hauppauge, NY  11788
517542202      +Revenue Recovery Corp.,   612 Gay Street,   Knoxville, TN 37902-1603
517542204       Rushmore Loan Management Services,   PO Box 52708,   Irvine, CA  92619-2708
517542205      +Saint James Hospital,   P.O. Box 15092,   Newark, NJ 07192-5092
517542206      +Solomon & Solomon,   P.O. Box 15019,   Albany, NY 12212-5019
517542207      +Sunrise Credit Services,   P.O. Box 9100,   Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 00:11:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 00:11:34     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517542189      +EDI: RESURGENT.COM Jul 30 2019 03:33:00     CACH, LLC,   370 17th Street, Suite 5000,
                 Denver, CO 80202-5616
517542191      +EDI: CBCSI.COM Jul 30 2019 03:33:00     CBCS,   P.O. Box 163250,   Columbus, OH 43216-3250
517542193      +EDI: DCI.COM Jul 30 2019 03:33:00     Diversified Consultants,   P.O. Box 551268,
                 Jacksonville, FL 32255-1268
517542194      +EDI: CONVERGENT.COM Jul 30 2019 03:33:00     ER Solutions,   P.O. Box 9004,
                 Renton, WA 98057-9004
517542195      +E-mail/Text: fggbanko@fgny.com Jul 30 2019 00:10:37     Foster Garbus & Garbus,   7 Banta Place,
                 Hackensack, NJ 07601-5604
517542196      +EDI: HFC.COM Jul 30 2019 03:33:00     HSBC Bank,   P.O. Box 98706,   Las Vegas, NV 89193-8706
517542198      +EDI: RESURGENT.COM Jul 30 2019 03:33:00     LVNV Funding,   P.O. Box 10497,
                 Greenville, SC 29603-0497
517774639       E-mail/Text: bkdepartment@rtresolutions.com Jul 30 2019 00:11:45
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517774640       E-mail/Text: bkdepartment@rtresolutions.com Jul 30 2019 00:11:45
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029,   Real Time Resolutions, Inc.,
                 1349 Empire Central Drive, Suite #150,   Dallas, Texas 75247-4029
517566626      +EDI: AIS.COM Jul 30 2019 03:33:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517542209      +EDI: VERIZONCOMB.COM Jul 30 2019 03:33:00     Verizon,   P.O. Box 4830,
                 Trenton, NJ 08650-4830
                                                                                              TOTAL: 13
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517542208    ##+Tate & Kirlin Assoc.,   2810 Southampton Road,   Philadelphia, PA 19154-1207
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2           User: admin                Page 2 of 2            Date Rcvd: Jul 29, 2019
                               Form ID: 148               Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:

```
          Danielle Paula Light    on behalf of Creditor   Palm Avenue Hialeah Trust, a Delaware Statutory
           Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1
           dlight@hasbanilight.com
          Denise E. Carlon    on behalf of Creditor    Palm Avenue Hialeah Trust, a Delaware Statutory Trust,
           for and on behalf and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    GreenPoint Mortgage Funding, Inc. bk@rgalegal.com
          Guenther  Waldow, Jr.    on behalf of Creditor    City of Newark waldowg@ci.newark.nj.us
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Palm Avenue Hialeah Trust, a Delaware Statutory
           Trust, for and on behalf and solely with respect to Palm Avenue Hialeah Trust, Series 2014-1
           rsolarz@kmllawgroup.com
          Steven D. Pertuz    on behalf of Debtor Zelmir Ines Piao Costa pertuzlaw@verizon.net,
           G16461@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```